# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1454
Lower Tribunal No. 2023-CF-1

_____

ALVIN VIANI FREEMAN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Hendry County.
James D. Sloan, Judge.

August 8, 2025

PER CURIAM.

Alvin Freeman appeals the trial court's revocation of his probation and challenges the denial of his motion to suppress. Freeman also raises what he deems to be a scrivener's error in the probation revocation order. We find no error in the denial of Freeman's motion to suppress and therefore affirm. We decline to reach the merits of Freeman's additional claim that the revocation order contains a scrivener's error because that claim is not preserved for our review and does not constitute fundamental error. *See Thomas v. State*, 725 So. 2d 1148, 1149 (Fla. 2d

DCA 1998) (citing § 924.051, Fla. Stat. (1996)), *approved*, 763 So. 2d 316 (Fla. 2000).

AFFIRMED.

STARGEL, NARDELLA and BROWNLEE, JJ., concur.

Blair Allen, Public Defender, and Robert D. Rosen, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William A. Leto, Assistant Attorney General, Tampa, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED